IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AFLAWED GOODSOUL, DOCTRINAIRE,

    Plaintiff,

  v.

    Case No. 20-cv-353-jdp

UNITED STATES ,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 4/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |